**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **CASEY SHERIDAN** | : | **CASE NO. 3:15-CV-837-DJH-DW** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | **ANSWER OF LVNV FUNDING, LLC** |
| **LVNV FUNDING, LLC, et al.** | : | |
| | : | |
| **Defendants** | : | |

Defendant LVNV Funding, LLC ("LVNV") as and for its Answer to the Verified Complaint ("Complaint") of Casey Sheridan ("Plaintiff"), in the above-entitled matter, denies each and every allegation contained therein, unless otherwise admitted or qualified herein, and states and alleges as follows:

1.      In response to numbered paragraph 1 of the Complaint, LVNV admits that Plaintiff brings this claim alleging violations as therein set forth and seeking the relief therein alleged.  LVNV denies that it violated any law or falsely reported any information and denies that Plaintiff is entitled to any relief as to LVNV.  LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

2.      LVNV denies the allegations set forth in numbered paragraph 2 of the Complaint for lack of knowledge or information sufficient to form a belief.

3.      LVNV denies the allegations set forth in numbered paragraph 3 of the Complaint for lack of knowledge or information sufficient to form a belief.

4.      LVNV denies the allegations set forth in numbered paragraph 4 of the Complaint.  LVNV is a Delaware limited liability company.

5. LVNV denies the allegations set forth in numbered paragraph 5 of the Complaint. The FCRA does not define "furnisher of information".

6. LVNV denies the allegations set forth in numbered paragraph 6 of the Complaint for lack of knowledge or information sufficient to form a belief.

7. LVNV denies the allegations set forth in numbered paragraph 7 of the Complaint for lack of knowledge or information sufficient to form a belief.

8. LVNV denies the allegations set forth in numbered paragraph 8 of the Complaint for lack of knowledge or information sufficient to form a belief.

9. LVNV denies the allegations set forth in numbered paragraph 9 of the Complaint for lack of knowledge or information sufficient to form a belief.

10. LVNV denies the allegations set forth in numbered paragraph 10 of the Complaint for lack of knowledge or information sufficient to form a belief.

11. LVNV denies the allegations set forth in numbered paragraph 11 of the Complaint for lack of knowledge or information sufficient to form a belief.

12. LVNV denies the allegations set forth in numbered paragraph 12 of the Complaint for lack of knowledge or information sufficient to form a belief.

13. LVNV denies the allegations set forth in numbered paragraph 13 of the Complaint for lack of knowledge or information sufficient to form a belief.

14. LVNV denies the allegations set forth in numbered paragraph 14 of the Complaint for lack of knowledge or information sufficient to form a belief.

15. In response to numbered paragraph 15 of the Complaint, LVNV admits that the statutes referenced confer jurisdiction upon this Honorable Court but denies that it violated any law that would subject it to such jurisdiction.

16.     LVNV denies the allegations set forth in numbered paragraph 16 of the Complaint for lack of knowledge or information sufficient to form a belief.

17.     LVNV denies the allegations set forth in numbered paragraph 17 of the Complaint for lack of knowledge or information sufficient to form a belief.

18.     LVNV denies the allegations set forth in numbered paragraph 18 of the Complaint for lack of knowledge or information sufficient to form a belief.

19.     LVNV denies the allegations set forth in numbered paragraph 19 of the Complaint for lack of knowledge or information sufficient to form a belief.

20.     LVNV denies the allegations set forth in numbered paragraph 20 of the Complaint for lack of knowledge or information sufficient to form a belief.

21.     LVNV denies the allegations set forth in numbered paragraph 21 of the Complaint for lack of knowledge or information sufficient to form a belief.

22.     LVNV denies the allegations set forth in numbered paragraph 22 of the Complaint for lack of knowledge or information sufficient to form a belief.

23.     LVNV denies the allegations set forth in numbered paragraph 23 of the Complaint for lack of knowledge or information sufficient to form a belief.

24.     LVNV denies the allegations set forth in numbered paragraph 24 of the Complaint for lack of knowledge or information sufficient to form a belief.

25.     LVNV denies the allegations set forth in numbered paragraph 25 of the Complaint.

26.     In response to numbered paragraph 26 of the Complaint, LVNV adopts by reference paragraphs 1 – 25 of this Answer as though fully set forth herein.

27.     LVNV denies the allegations set forth in numbered paragraph 27 of the Complaint.

28.     LVNV denies the allegations set forth in numbered paragraph 28 of the Complaint.

29.     LVNV denies the allegations set forth in numbered paragraph 29 of the Complaint.

30.     In response to numbered paragraph 30 of the Complaint, LVNV adopts by reference paragraphs 1 – 29 of this Answer as though fully set forth herein.

31.     In response to numbered paragraph 31 of the Complaint, LVNV denies that it did any false reporting.  LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

32.     In response to numbered paragraph 32 of the Complaint, LVNV denies that it did any false reporting.  LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

33.     In response to numbered paragraph 33 of the Complaint, LVNV denies that it did any false reporting.  LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

34.     In response to numbered paragraph 34 of the Complaint, LVNV adopts by reference paragraphs 1 – 33 of this Answer as though fully set forth herein.

35.     In response to numbered paragraph 35 of the Complaint, LVNV denies that it did any false reporting.  LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

36.    In response to numbered paragraph 36 of the Complaint, LVNV denies that it did any false reporting.  LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

37.    In response to numbered paragraph 37 of the Complaint, LVNV denies that it did any false reporting.  LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

38.    In response to numbered paragraph 38 of the Complaint, LVNV adopts by reference paragraphs 1 – 37 of this Answer as though fully set forth herein.

39.    In response to numbered paragraph 39 of the Complaint, LVNV denies that it did any false reporting.  LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

40.    In response to numbered paragraph 40 of the Complaint, LVNV denies that it did any false reporting.  LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

41.    In response to numbered paragraph 41 of the Complaint, LVNV denies that it did any false reporting.  LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

42.    In response to numbered paragraph 42 of the Complaint, LVNV adopts by reference paragraphs 1 – 41 of this Answer as though fully set forth herein.

43.    LVNV denies the allegations set forth in numbered paragraph 43 of the Complaint.

44.    LVNV denies the allegations set forth in numbered paragraph 44 of the Complaint.

45.     In response to numbered paragraph 45 of the Complaint, LVNV adopts by reference paragraphs 1 – 44 of this Answer as though fully set forth herein.

46.     In response to numbered paragraph 46 of the Complaint, LVNV denies that it did any false reporting.   LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

47.     In response to numbered paragraph 47 of the Complaint, LVNV denies that it did any false reporting.   LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

48.     In response to numbered paragraph 48 of the Complaint, LVNV adopts by reference paragraphs 1 – 47 of this Answer as though fully set forth herein.

49.     In response to numbered paragraph 49 of the Complaint, LVNV denies that it did any false reporting.   LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

50.     In response to numbered paragraph 50 of the Complaint, LVNV denies that it did any false reporting.   LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

51.     In response to numbered paragraph 51 of the Complaint, LVNV adopts by reference paragraphs 1 – 50 of this Answer as though fully set forth herein.

52.     In response to numbered paragraph 52 of the Complaint, LVNV denies that it did any false reporting.   LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

53.    In response to numbered paragraph 53 of the Complaint, LVNV denies that it did any false reporting.   LVNV denies all remaining allegations for lack of knowledge or information sufficient to form a belief.

54.    In response to numbered paragraph 54 of the Complaint, LVNV adopts by reference paragraphs 1 – 53 of this Answer as though fully set forth herein.

55.    LVNV denies the allegations set forth in numbered paragraph 55 of the Complaint.

56.    LVNV denies the allegations set forth in numbered paragraph 56 of the Complaint.

57.    In response to numbered paragraph 57 of the Complaint, LVNV adopts by reference paragraphs 1 – 56 of this Answer as though fully set forth herein.

58.    LVNV denies the allegations set forth in numbered paragraph 58 of the Complaint for lack of knowledge or information sufficient to form a belief.

59.    LVNV denies the allegations set forth in numbered paragraph 59 of the Complaint for lack of knowledge or information sufficient to form a belief.

60.    LVNV denies the allegations set forth in numbered paragraph 60 of the Complaint for lack of knowledge or information sufficient to form a belief.

61.    In response to numbered paragraph 61 of the Complaint, LVNV adopts by reference paragraphs 1 – 60 of this Answer as though fully set forth herein.

62.    LVNV denies the allegations set forth in numbered paragraph 62 of the Complaint for lack of knowledge or information sufficient to form a belief.

63.    LVNV denies the allegations set forth in numbered paragraph 63 of the Complaint for lack of knowledge or information sufficient to form a belief.

64.     LVNV denies the allegations set forth in numbered paragraph 64 of the Complaint for lack of knowledge or information sufficient to form a belief.

65.     In response to numbered paragraph 65 of the Complaint, LVNV adopts by reference paragraphs 1 – 64 of this Answer as though fully set forth herein.

66.     LVNV denies the allegations set forth in numbered paragraph 66 of the Complaint for lack of knowledge or information sufficient to form a belief.

67.     LVNV denies the allegations set forth in numbered paragraph 67 of the Complaint for lack of knowledge or information sufficient to form a belief.

68.     LVNV denies the allegations set forth in numbered paragraph 68 of the Complaint for lack of knowledge or information sufficient to form a belief.

69.     In response to numbered paragraph 69 of the Complaint, LVNV adopts by reference paragraphs 1 – 68 of this Answer as though fully set forth herein.

70.     LVNV denies the allegations set forth in numbered paragraph 70 of the Complaint.

71.     LVNV denies the allegations set forth in numbered paragraph 71 of the Complaint.

72.     In response to numbered paragraph 72 of the Complaint, LVNV adopts by reference paragraphs 1 – 71 of this Answer as though fully set forth herein.

73.     LVNV denies the allegations set forth in numbered paragraph 73 of the Complaint for lack of knowledge or information sufficient to form a belief.

74.     LVNV denies the allegations set forth in numbered paragraph 74 of the Complaint for lack of knowledge or information sufficient to form a belief.

75.     LVNV denies the allegations set forth in numbered paragraph 75 of the Complaint for lack of knowledge or information sufficient to form a belief.

76.     In response to numbered paragraph 76 of the Complaint, LVNV adopts by reference paragraphs 1 – 75 of this Answer as though fully set forth herein.

77.     LVNV denies the allegations set forth in numbered paragraph 77 of the Complaint for lack of knowledge or information sufficient to form a belief.

78.     LVNV denies the allegations set forth in numbered paragraph 78 of the Complaint for lack of knowledge or information sufficient to form a belief.

79.     LVNV denies the allegations set forth in numbered paragraph 79 of the Complaint for lack of knowledge or information sufficient to form a belief.

80.     In response to numbered paragraph 80 of the Complaint, LVNV adopts by reference paragraphs 1 – 79 of this Answer as though fully set forth herein.

81.     LVNV denies the allegations set forth in numbered paragraph 81 of the Complaint for lack of knowledge or information sufficient to form a belief.

82.     LVNV denies the allegations set forth in numbered paragraph 82 of the Complaint for lack of knowledge or information sufficient to form a belief.

83.     LVNV denies the allegations set forth in numbered paragraph 83 of the Complaint for lack of knowledge or information sufficient to form a belief.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Any violation of the law or damage suffered by Plaintiff, which LVNV denies, was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any liability of LVNV.

### THIRD DEFENSE

Any violation of the FCRA, which LVNV denies, was not intentional and resulted, if at all, from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such errors.

### FOURTH DEFENSE

Plaintiff's common law claims are preempted by the FCRA.

### FIFTH DEFENSE

Any violation of the law or damage suffered by Plaintiff, which LVNV denies, was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against LVNV.

### SIXTH DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of LVNV.

### SEVENTH DEFENSE

Plaintiff may be required to arbitrate the claims.

**WHEREFORE,** LVNV prays for an order and judgment of this Court in its favor against Plaintiff as follows:

1.      Dismissing all causes of action against LVNV with prejudice and on the merits; and,

2.      Awarding LVNV such other and further relief as the Court deems just and equitable.

DATED this 11th  day of January, 2016.

Respectfully submitted:


/s/ Kevin Ray Feazell
Kevin Ray Feazell
Cors & Bassett, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, OH  45202-3578
513-852-8200 phone
513-852-8222 fax
krf@corsbassett.com

Trial Attorney for Defendant LVNV Funding, LLC

## **CERTIFICATE OF SERVICE**

The undersigned further certifies that a true copy of the foregoing was filed with the Court using the CM/ECF system which will service all parties of interest, this 11th day of January, 2016.


/s/ Kevin Ray Feazell
Kevin Ray Feazell

718280.2